IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD R. LOVE,

    Petitioner,

 v.

BEN CURRY, Warden,

    Respondent.
_____/

No. CV-07-1160 VRW (PR)

**JUDGMENT IN A CIVIL CASE**

 **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is DENIED.

Dated: November 10, 2008

              Richard W. Wieking, Clerk

              *Tracy Lucero*

              By: Tracy Lucero
              Deputy Clerk